**Judgment in a Civil Case**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PATRICIA JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO.  03-594-PMF |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This action came before the Court for judicial review of the Commissioner's decision denying her November, 2001, application for supplemental security income.  The Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of defendant and against plaintiff on the decision that plaintiff was not disabled between June 18, 1996, and June 23, 2000.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of plaintiff and against defendant on the decision that plaintiff was not disabled after June 23, 2000. The decision is reversed and remanded for further proceedings.

| | |
|---|---|
| **DATED:  June 9, 2005** | NORBERT G. JAWORSKI, CLERK |
| | |
| | By: s/Karen R. Metheney |
| | Deputy Clerk |

**APPROVED:**
*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**